THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN J. GLENN, Appellant.

(Argued April 24, 1933; decided May 23, 1933.)

*Ralph E. Hemstreet* and *Walter R. Kuhn* for appellant.

*Thomas C. T. Crain, District Attorney (Felix C. Benvenga* and *Le Roy Mandle* of counsel), for respondent.

no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ. Not sitting: HUBBS, J.